

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN**,
Appellant

v.

**PETROHAWK OPERATING COMPANY** n/k/a BHP Billiton Petroleum (TxLa) Operating Company; Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.),L.P.; Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC; and CEU Hawkville, LLC nka South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On September 24, 2018, Margaret Strickhausen filed a petition for permission to appeal an interlocutory order pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure. No response was filed to the petition.

The petition for permission to appeal is GRANTED. A notice of appeal is deemed to have been filed on the date of this order, and the appeal will be governed by the rules for accelerated appeals. TEX. R. APP. P. 28.3(k).

The clerk's record in this appeal has been filed. The court reporter filed a letter advising that no reporter's record is pending in this appeal. Accordingly, appellant's brief is due in this court on or before **November 21, 2018.** *See id.*

The clerk of this court is instructed to file a copy of this order with the trial court clerk. *See id.*

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court